UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACK M. BOGGS,

        Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. C20-5764-MLP

ORDER

This matter comes before the Court on remand from the Ninth Circuit, with instructions to vacate the Commissioner's decision and remand for further consideration. (Dkt. # 23.) Accordingly, the Court hereby remands this matter to the Social Security Administration for the agency to conduct further proceedings consistent with the Ninth Circuit's decision. (*See* dkt. # 22.) Specifically, the administrative law judge shall reconsider Plaintiff's testimony, his partner's lay witness statement, the medical opinions of Dr. Davenport and Dr. Irwin, and any part of the Commissioner's decision impacted by that evidence.

Dated this 22nd day of July, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1